# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 23, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.  14-1601,     <u>Karen Greene v. Harris Corporation</u>
                  1:13-cv-00190-MJG

TO:     James R. Klimaski

FILING CORRECTION DUE:  January 26, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

**[ X] Brief is not text-searchable. Please refile brief as a text-searchable PDF**.

Jeffrey S. Neal, Deputy Clerk
804-916-2702